IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN FOWLER,

        Petitioner,                  No. CIV-S-10-2210 KJM P

   vs.

JAMES WALKER,

        Respondent.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

        "[A] claim for relief in habeas corpus must include reference to a specific federal constitutional guarantee, as well as a statement of the facts which entitle the petitioner to relief." Gray v. Netherland, 518 U.S. 152, 162-63 (1996). Petitioner has not specified constitutional grounds for relief in his petition, nor does he state specific facts on which relief might be granted. See Rule 2(c), Rules Governing § 2254 Cases. These pleading deficiencies require that the petition be dismissed without prejudice.

Petitioner will be allowed thirty days from the entry of this order in which to file an amended petition that alleges specific constitutional violations and supporting facts that, if proven, would entitle him to habeas relief. Petitioner is advised that vague or conclusory claims for relief may result in summary dismissal of the amended petition. See Hendricks v. Vazquez, 908 F.2d 490, 491 (9th Cir. 1990); Rule 4, Rules Governing § 2254 Cases. Finally, petitioner is advised that claims alleging constitutional violations unrelated to his conviction in state court – e.g., unconstitutional conditions of confinement or inadequate medical care while in custody – are not appropriate grounds for habeas relief but may support a complaint filed under the Civil Rights Act, 42 U.S.C. § 1983.

Therefore, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (docket no. 8) is granted;

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

3. Any amended petition must bear the case number assigned to this action and the title "Amended Petition"; and

4. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

DATED: November 15, 2010.

_____
U.S. MAGISTRATE JUDGE

4
fowl2210.114