IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN FOWLER,

    Petitioner,          No. CIV S-10-2210 KJM EFB (TEMP) P

    vs.

JAMES WALKER,

    Respondent.          <u>ORDER</u>

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 12, 2011, petitioner requested an extension of time to file and serve an opposition to respondent's May 2, 2011 motion to dismiss. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's July 12, 2011 motion is granted and petitioner has 30 days from the date this order is served to file and serve his opposition.

DATED: July 19, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE